UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

HECTOR GONZALEZ,

Defendant.

**ORDER**

11 Cr. 718 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government will respond to Defendant Hector Gonzalez's Emergency

Motion for Compassionate Release Pursuant to 18.U.S.C. § 3582(c)(1)(A)(i) (Dkt. No. 56), by

**November 20, 2020.**

Dated:  New York, New York
        November 13, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge