UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| – v.– | **ORDER** |
| HECTOR GONZALEZ, | 11 Cr. 718 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

      The Government's time to respond to Defendant Hector Gonzalez's Emergency Motion for Compassionate Release Pursuant to 18.U.S.C. § 3582(c)(1)(A)(i) (Dkt. No. 56) is hereby extended to **December 4, 2020.**

Dated: New York, New York
      November 30, 2020

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge