UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HECTOR GONZALEZ,

Defendant.

**ORDER**

11 Cr. 718 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On October 15, 2020, Hector Gonzalez filed a pro se motion for compassionate release pursuant to 18 U.S. C. § 3582(c). (Def. Mot. (Dkt. No. 56) at 1)  Absent from Gonzalez's motion is an account of his efforts to exhaust his administrative remedies.  A page appears to be missing from Gonzalez's submission.  (Id. at 2-3)  The Government contends that Gonzalez has not exhausted his administrative remedies, and urges this Court to deny his application on this ground.  (Dkt. No. 60)  Accordingly, by **January 15, 2021**, Gonzalez will submit a letter clarifying the steps he has taken to exhaust his administrative remedies.

Gonzalez is incarcerated at Rivers Correctional Institute ("CI Rivers"), a private prison under contract with the Bureau of Prisons ("BOP").  The Government is directed to submit a letter by **January 15, 2021** addressing:  (1) whether 18 U.S.C. §3582(c) applies to inmates held in non-BOP facilities; (2) whether such inmates are required under Section 3582(c) to exhaust the administrative remedies available at their non-BOP facility; (3) what administrative remedies the Government contends were available to Gonzalez at CI Rivers and which he did not exhaust; (4) what standards a non-BOP facility such as CI Rivers applies in resolving a compassionate release application; and (5) what role, if any, BOP plays in resolving a

compassionate release application filed by an inmate being held in a non-BOP facility.

Chambers will mail a copy of this Order to the pro se inmate.

Dated: New York, New York
January 2, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge