UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

HECTOR GONZALEZ,

Defendant.

**ORDER**

11 Cr. 718 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

No later than **February 2, 2021**, the Government will respond to Defendant Hector Gonzalez's January 9, 2021 letter, Dkt. No. 63, in which Gonzalez states that he submitted a request for a reduction in sentence to the Facility Administrator at Rivers Correctional Institution on July 22, 2020 and received no response.

Dated: New York, New York
      January 26, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge